**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JUAN JOSÉ CANO PICÓN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1429-G** |
| | ) | |
| **WARDEN, Cimarron Correctional Facility, et al.,** | ) | |
| | ) | |
| | ) | |
| **Respondents.** | ) | |

# ORDER

On June 15, 2026, Petitioner Juan José Cano Picón filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda L. Maxfield for preliminary review.

On September 15, 2026, Judge Maxfield issued a Report and Recommendation ("R. & R.," Doc. No. 7) recommending that this action be dismissed on screening. *See id.* at 4-5; *see also* R. 1(b), 4, R. Governing § 2254 Cases in U.S. Dist. Cts. In the R. & R., Judge Maxfield advised Petitioner of the right to object to the R. & R. by September 29, 2026. Judge Maxfield also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions in the R. & R.

As of this date, Petitioner has not submitted an objection to the R. & R. or requested additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 7) is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice. Petitioner's pending Motions (Doc. Nos. 5, 6) are DENIED as moot.

A separate judgment shall be entered.

IT IS SO ORDERED this 29th day of October, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge